AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
October 30, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __AB__
DEPUTY

United States of America v.

FLORENTINO CORTES URIBE

Case No. SA-25-MJ-1493

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 29, 2025** in the county of **BEXAR** in the **WESTERN** District of **TEXAS**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 933(a)(1) and 18 USC 922(g)(5). | Firearms Trafficking and Illegal Alien in Possession of a Firearm.  PENALTIES: Up to 15 years imprisonment, $250,000 fine, 3 years supervised release, and $100 mandatory special assessment as to each count. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

■ Continued on the attached sheet.

DANIEL HUBER  *Digitally signed by DANIEL HUBER Date: 2025.10.29 18:31:01 -05'00'*
*Complainant's signature*

ATF S/A DANIEL HUBER
*Printed name and title*

☐ Sworn to before me and signed in my presence.
■ Sworn to telephonically and signed electronically.

Date: October 30, 2025

City and state: San Antonio, Texas

*Judge's signature*

ELIZABETH S. CHESTNEY, US MAGISTRATE JUDGE
*Printed name and title*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Daniel Huber, being duly sworn do hereby depose and state:

1.     You Affiant is currently employed as a Special Agent with the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), where I have worked since March of 2022. Since November 2022, your affiant has participated in investigations concerning violations of Title 18 and Title 26 of the United States Code, including offenses pertaining to the illegal possession of firearms.

2.     In early October of 2025, the San Antonio Police Department (SAPD) identified an individual using social media to sell narcotics. Through the investigation, the individual was identified as **Florentino Cortes URIBE**. On October 6, 2025, SAPD met with URIBE in an undercover capacity in San Antonio, Texas, in the Western District of Texas. During the meet, URIBEsold an undercover detective (UC) approximately one ounce of suspected cocaine which field tested positive for cocaine. During the exchange, URIBE had a pistol placed on his lap during the transaction. URIBE told the UC he would be able to sell the UC firearms in the future. UC said he was interested, and he would bring the purchased firearms to Mexico.

3.     On October 14, 2025, URIBE and the UC met again in San Antonio, Texas, in the Western District of Texas. URIBE sold the UC approximately one ounce of suspected cocaine which field tested positive for cocaine. In addition, URIBE sold the UC an Anderson Manufacturing, AM-15 Multi-Caliber pistol, serial number 24060114. URIBE gave UC two high capacity magazines for the pistol. The UC told URIBE the purchased firearm would be smuggled into Mexico. URIBE told the UC he would be able to get the UC additional firearms.

4.     URIBE is an undocumented alien from Mexico and has no authority or permission to be in the United States. He therefore cannot legally possess firearms.

5.     On October 28, 2025, URIBE agreed to meet the UC again with the intent of selling one ounce of suspected cocaine and two firearms. During the exchange, URIBE sold the UC approximately one ounce of suspected cocaine, one Glock 34 9mm pistol bearing serial number BHRE004, one Smith and Wesson SD40 .40 caliber pistol bearing serial number EKA3660, and one Romarm Micro Draco 7.62 caliber pistol bearing serial number P MD-31611.

6.     After the meet, URIBE was taken into custody. ATF read URIBE his Miranda Rights which URIBE confirmed he understood. During the interview, URIBE admitted to the possession and sale of the cocaine and the three firearms.

7.     A preliminary examination of the purchased Anderson Manufacturing AM-15 Multi-Caliber pistol, serial number 24060114 on October 14, 2025 determined the firearm was manufactured outside the state of Texas, therefore affecting interstate and foreign commerce.

8.      Based on the above facts, your affiant believes there is probable cause that **Florentino Cortes URIBE** committed the offense of Firearm Trafficking in violation of 18 U.S.C. §933(a)(1) and Alien in Possession of a Firearm in violation of 18 U.S.C. §922(g)(5).

DANIEL HUBER
Digitally signed by DANIEL HUBER
Date: 2025.10.29 18:31:21 -05'00'

_____
Special Agent Dan Huber
Alcohol, Tobacco, Firearms, and Explosives

SUBSCRIBED AND SWORN TO ME THIS  30th  DAY OF October 2025.

_____
HONORABLE ELIZABETH S. CHESTNEY
UNITED STATES MAGISTRATE JUDGE